UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Arthur A. Hannibal and Weedonette P. Hannibal | **Case No :** | 09-36429 - D - 13 L |
| | | **Date :** | 9/22/09 |
| | | **Time :** | 01:00 |
| **Matter :** | [12] - Motion/Application to Value Collateral of American Home Mortgage [DBJ-1] Filed by Debtor Arthur A. Hannibal, Joint Debtor Weedonette P. Hannibal (msts) | | UNOPPOSED |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Jennifer Tillery | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

MOTION was :
Granted

Creditor's secured claim is valued at $0.00. No further relief is being afforded. Resolved without oral argument.

ORDER TO BE PREPARED BY :     Movant(s)